| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| GUF | 210435 | CMH622 | OH | 00000292440 | 1 |



AIRTRAN AIRWAYS INC.
9955 AIRTRAN BLVD.
ORLANDO, FL 32827

**Earnings Statement**



Period Beginning:   07/05/2010
Period Ending:      07/18/2010
Pay Date:           07/26/2010

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   0
  OH:        0

00000000007
  JAMIE L CLINE
  1552 WILLOW VIEW DRIVE
  GROVE CITY  OH  43123

Social Security Number: XXX-XX-6184

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.5500 | 70.22 | 740.82 | 10,090.47 |
| Commission | | | 30.75 | 1,052.44 |
| Overtime | | | | 490.81 |
| Cs-Sp Reg | | | | 1.43 |
| Holiday | | | | 327.20 |
| Retro | | | | 123.29 |
| Swap On | | | | 954.94 |
| Vacation | | | | 506.40 |
| **Gross Pay** | | | **$771.57** | 13,546.98 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Available Sick | | 72.15 |
| Available Vac | | 25.92 |
| Job Code | | 0006010 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Wed | 07/07 | 05:00am | 04:30pm | | | 10.50 |
| Thu | 07/08 | 05:00am | 03:30pm | | | 9.50 |
| Fri | 07/09 | 05:00am | 04:43pm | | | 10.72 |
| Sat | 07/10 | 05:00am | 03:15pm | | | 9.25 |
| Wed | 07/14 | 05:00am | 04:30pm | | | 10.50 |
| Fri | 07/16 | 05:00am | 04:30pm | | | 10.50 |
| Sat | 07/17 | 05:00am | 03:15pm | | | 9.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -24.27 | 610.52 |
| | Social Security Tax | -47.83 | 839.91 |
| | Medicare Tax | -11.19 | 196.43 |
| | OH State Income Tax | -14.81 | 299.91 |
| | Columbus Income Tax | -19.29 | 338.69 |
| | **Other** | | |
| | Buddy Pass | -42.50 | 87.50 |
| | Checking 1 | -482.25 | |
| | Child Supp 1 | -126.93 | 2,475.00 |
| | Invl Deduct Fee | -2.50 | 37.50 |
| | Uniform-Cs Ramp | | 34.16 |
| **Net Pay** | | **$0.00** | |

Your federal taxable wages this period are $771.57

© 2010 ADP, Inc.



AIRTRAN AIRWAYS INC.
9955 AIRTRAN BLVD.
ORLANDO, FL 32827

Advice number:   00000292440
Pay date:        07/26/2010

Deposited to the account of
JAMIE L CLINE

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0746 | xxxx xxxx | $482.25 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| GUF | 210435 | CMH622 | OH | 0000276460 | 1 |

**AirTran**
AIRTRAN AIRWAYS INC.
9955 AIRTRAN BLVD.
ORLANDO, FL 32827

## Earnings Statement

**ADP**

Period Beginning:    06/21/2010
Period Ending:       07/04/2010
Pay Date:            07/12/2010

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:    0
  OH:         0

00000000008
JAMIE L CLINE
1552 WILLOW VIEW DRIVE
GROVE CITY OH 43123

Social Security Number: XXX-XX-6184

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.5500 | 79.75 | 841.36 | 9,349.65 |
| Holiday | 10.5500 | 8.00 | 84.40 | 327.20 |
| Swap On | 10.5500 | 9.50 | 100.23 | 954.94 |
| Overtime | | | | 490.81 |
| Commission | | | | 1,021.69 |
| Cs-Sp Reg | | | | 1.43 |
| Retro | | | | 123.29 |
| Vacation | | | | 506.40 |
| **Gross Pay** | | | **$1,025.99** | 12,775.41 |

Your federal taxable wages this period are $1,025.99

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Available Sick | | 70.30 |
| Available Vac | | 25.92 |
| Job Code | | 0006010 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -53.89 | 586.25 |
| | Social Security Tax | -63.62 | 792.08 |
| | Medicare Tax | -14.87 | 185.24 |
| | OH State Income Tax | -24.55 | 285.10 |
| | Columbus Income Tax | -25.65 | 319.40 |
| | **Other** | | |
| | Checking 1 | -713.98 | |
| | Child Supp 1 | -126.93 | 2,348.07 |
| | Invl Deduct Fee | -2.50 | 35.00 |
| | Buddy Pass | | 45.00 |
| | Uniform-Cs Ramp | | 34.16 |
| | **Net Pay** | | **$0.00** |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Tue | 06/22 | 04:45am | 03:30pm | | | 9.75 |
| Wed | 06/23 | 05:00am | 04:30pm | | | 10.50 |
| Thu | 06/24 | 05:00am | 03:30pm | | | 9.50 |
| Fri | 06/25 | 05:00am | 04:30pm | | | 10.50 |
| Sat | 06/26 | 05:00am | 03:15pm | | | 9.25 |
| Tue | 06/29 | 05:00am | 03:30pm | | | 9.50 |
| Wed | 06/30 | 05:00am | 04:30pm | | | 10.50 |
| Thu | 07/01 | 05:00am | 03:30pm | | | 9.50 |
| Fri | 07/02 | 05:00am | 04:30pm | | | 10.50 |

© 2000 ADP, Inc

---

**AirTran**
AIRTRAN AIRWAYS INC.
9955 AIRTRAN BLVD.
ORLANDO, FL 32827

Advice number:    00000276460
Pay date:         07/12/2010

Deposited to the account of
JAMIE L CLINE

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0746 | xxxx xxxx | $713.98 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| GUF | 210435 | CMH622 | OH | 0000252410 | 1 |

**AIRTRAN AIRWAYS INC.**
9955 AIRTRAN BLVD.
ORLANDO, FL 32827

# Earnings Statement

**ADP**

| Period Beginning: | 06/07/2010 |
|---|---|
| Period Ending: | 06/20/2010 |
| Pay Date: | 06/28/2010 |

00000000007
JAMIE L CLINE
1552 WILLOW VIEW DRIVE
GROVE CITY OH 43123

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  OH: 0

Social Security Number: XXX-XX-6184

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.5500 | 66.08 | 697.14 | 8,508.29 |
| Commission | | | 259.00 | 1,021.69 |
| Swap On | 10.5500 | 10.10 | 106.56 | 854.71 |
| Overtime | | | | 490.81 |
| Cs-Sp Reg | | | | 1.43 |
| Holiday | | | | 242.80 |
| Retro | | | | 123.29 |
| Vacation | | | | 506.40 |
| **Gross Pay** | | | **$1,062.70** | 11,749.42 |

Your federal taxable wages this period are $1,062.70

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Available Sick | | 68.45 |
| Available Vac | | 25.92 |
| Job Code | | 0006010 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -59.40 | 532.36 |
| Social Security Tax | | -65.88 | 728.46 |
| Medicare Tax | | -15.41 | 170.37 |
| OH State Income Tax | | -25.95 | 260.55 |
| Columbus Income Tax | | -26.57 | 293.75 |
| **Other** | | | |
| Buddy Pass | | -45.00 | 45.00 |
| Checking 1 | | -695.06 | |
| Child Supp 1 | | -126.93 | 2,221.14 |
| Invl Deduct Fee | | -2.50 | 32.50 |
| Uniform-Cs Ramp | | | 34.16 |
| **Net Pay** | | **$0.00** | |

### Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Tue | 06/08 | 04:24am | 03:30pm | | | 10.10 |
| Wed | 06/09 | 05:00am | 11:45am | | | 5.75 |
| Thu | 06/10 | 05:00am | 03:30pm | | | 9.50 |
| Fri | 06/11 | 05:00am | 04:30pm | | | 10.50 |
| Sat | 06/12 | 04:40am | 03:30pm | | | 9.83 |
| Wed | 06/16 | 05:00am | 04:30pm | | | 10.50 |
| Thu | 06/17 | 05:00am | 03:30pm | | | 9.50 |
| Fri | 06/18 | 05:00am | 04:30pm | | | 10.50 |

© 2000 ADP, Inc

---

**AIRTRAN AIRWAYS INC.**
9955 AIRTRAN BLVD.
ORLANDO, FL 32827

| Advice number: | 00000252410 |
|---|---|
| Pay date: | 06/28/2010 |

Deposited to the account of
JAMIE L CLINE

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0746 | xxxx xxxx | $695.06 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Aug 12 2010 10:13    CMH OPS AIRTRAN              614-237-8758              p.8

**Earnings Statement**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|

**AirTran AIRWAYS INC.**
9955 AIRTRAN BLVD.
ORLANDO, FL 32827

Period Beginning: 05/24/2010
Period Ending: 06/06/2010
Pay Date: 06/14/2010

00000000007
JAMIE L CLINE
1552 WILLOW VIEW DRIVE
GROVE CITY OH 43123

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  OH: 0

Social Security Number: XXX-XX-6184

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.5500 | 50.87 | 536.68 | 7,811.15 |
| Holiday | 10.5500 | 8.00 | 84.40 | 242.80 |
| Swap On | 10.5500 | 16.00 | 168.80 | 748.15 |
| Overtime | | | | 490.81 |
| Commission | | | | 762.39 |
| Cs-Sp Reg | | | | 1.43 |
| Retro | | | | 123.29 |
| Vacation | | | | 506.40 |
| **Gross Pay** | | | **$789.88** | 10,686.72 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Available Sick | | 66.60 |
| Available Vac | | 25.92 |
| Job Code | | 0006010 |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Wed 05/26 | 04:34am | 02:00pm | | | 8.43 |
| Thu 05/27 | 04:32am | 02:00pm | | | 8.47 |
| Fri 05/28 | 05:00am | 10:00am | | | 4.00 |
| Sat 05/29 | 04:38am | 02:00pm | | | 8.37 |
| Sun 05/30 | 05:00am | 02:00pm | | | 8.00 |
| Wed 06/02 | 05:00am | 04:30pm | | | 10.50 |
| Thu 06/03 | 05:00am | 03:30pm | | | 9.50 |
| Fri 06/04 | 05:00am | 04:30pm | | | 10.50 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -26.10 | | 472.96 |
| Social Security Tax | -48.98 | | 662.58 |
| Medicare Tax | -11.46 | | 154.96 |
| OH State Income Tax | -15.51 | | 234.60 |
| Columbus Income Tax | -19.75 | | 267.18 |
| **Other** | | | |
| Checking 1 | -538.65 | | |
| Child Supp 1 | -126.93 | | 2,094.21 |
| Invl Deduct Fee | -2.50 | | 30.00 |
| Uniform -Cs Ramp | | | 34.16 |
| **Net Pay** | | | **$0.00** |

Your federal taxable wages this period are $789.88

© 2000 ADP, Inc.

---

**AirTran AIRWAYS INC.**
9955 AIRTRAN BLVD.
ORLANDO, FL 32827

Advice number: 00000232395
Pay date: 06/14/2010

Deposited to the account of
JAMIE L CLINE

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0746 | xxxx xxxx | $538.65 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| GUF | 210435 | CMH622 | OH | 00000212407 | 1 |

## Earnings Statement

**ADP**

**AirTran**
AIRTRAN AIRWAYS INC.
9955 AIRTRAN BLVD.
ORLANDO, FL 32827

Period Beginning: 05/10/2010
Period Ending: 05/23/2010
Pay Date: 05/28/2010

00000000008
JAMIE L CLINE
1552 WILLOW VIEW DRIVE
GROVE CITY OH 43123

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  OH: 0

Social Security Number: XXX-XX-6184

### Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.5500 | 65.00 | 685.75 | 7,274.47 |
| Overtime | 15.8250 | 6.73 | 106.50 | 490.81 |
| Commission | | | | 762.69 |
| Cs-Sp Reg | | | | 1.43 |
| Holiday | | | | 158.40 |
| Retro | | | | 123.29 |
| Swap On | | | | 579.35 |
| Vacation | | | | 506.40 |
| **Gross Pay** | | | **$792.25** | 9,896.94 |

### Deductions

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -26.34 | 446.86 |
| Social Security Tax | | -49.12 | 613.60 |
| Medicare Tax | | -11.48 | 143.50 |
| OH State Income Tax | | -15.60 | 219.09 |
| Columbus Income Tax | | -19.81 | 247.43 |
| **Other** | | | |
| Checking 1 | | -540.47 | |
| Child Supp 1 | | -126.93 | 1,967.28 |
| Invl Deduct Fee | | -2.50 | 27.50 |
| Uniform - Cs Ramp | | | 34.16 |
| **Net Pay** | | **$0.00** | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Available Sick | | 64.75 |
| Available Vac | | 25.92 |
| Job Code | | 0006010 |

### Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Mon | 05/10 | 05:00am | 02:00pm | | | 8.00 |
| Tue | 05/11 | 05:00am | 02:00pm | | | 8.00 |
| Wed | 05/12 | 10:00am | 05:44pm | | | 6.73 |
| Fri | 05/14 | 05:00am | 02:00pm | | | 8.00 |
| Sat | 05/15 | 05:00am | 02:00pm | | | 8.00 |
| Sun | 05/16 | 05:00am | 02:00pm | | | 8.00 |
| Mon | 05/17 | 05:00am | 02:00pm | | | 8.00 |
| Fri | 05/21 | 05:00am | 02:30pm | | | 8.50 |
| Sun | 05/23 | 04:30am | 02:00pm | | | 8.50 |

Your federal taxable wages this period are $792.25

© 2000 ADP, Inc

---

**AirTran**
AIRTRAN AIRWAYS INC.
9955 AIRTRAN BLVD.
ORLANDO, FL 32827

Advice number: 00000212407
Pay date: 05/28/2010

Deposited to the account of
JAMIE L CLINE

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0746 | xxxx xxxx | $540.47 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**