Form a0ogrffy

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215–2414

---

In Re: Nicholas Lee Cline
      Jamie Lynn Cline

        Debtor(s)

SSN/TAX ID:
    xxx–xx–2218
    xxx–xx–6184

Case No.: 2:10–bk–60178

Chapter: 7

Judge: John E. Hoffman Jr.

---

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

The Debtor having applied for authority to pay the filing fee in installments, it is ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$29.00 remitted with application;

$70.00 on or before 9/20/2010;

$100.00 on or before 10/20/2010;

$100.00 on or before 11/20/2010.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Dated: August 25, 2010

John E. Hoffman Jr.
United States Bankruptcy Judge

Copies to:
    Debtor(s)
    Debtor's(s') Attorney
    Trustee
    U.S. Trustee