Form a0nclose

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215–2414

In Re: Nicholas Lee Cline
Jamie Lynn Cline
Debtor(s)

SSN/TAX ID:
xxx–xx–2218
xxx–xx–6184

Case No.: 2:10–bk–60178

Chapter: 7

Judge: John E. Hoffman Jr.

**Notice of Status of Case**

The above captioned case cannot be discharged and/or closed due to the following:

☐ No indication of the 341 Meeting Held

☐ Report of No Distribution or Final Report Needed

☐ Final Account (and Closing Certification, if applicable) Needed

☑ Pending Motion(s) / Application(s): 12/09/2010 24 Motion To Reopen and Waiver of Fee Filed by Joint Debtor Jamie Lynn Cline, Debtor Nicholas Lee Cline (Theodotou, Pamela)

☐ Other:

Dated: October 6, 2011

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court